UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFRANTZE LUCAS NOEL,<br><br>Plaintiff,<br><br>v.<br><br>THERESA SANDSTRUM, et al.<br><br>Defendants. | No. 2:18-cv-01687-JAM-CKD (PS)<br><br><br><br>ORDER |

On November 26, 2018, plaintiff was ordered to show cause in writing why the court should not impose sanctions and/or dismiss the action, based upon his failure to follow the court's previous order to supply the U.S. Marshal with the information needed to effectuate service of process and to notify the court that such information had been provided. (ECF No. 11.)

On December 12, 2018, plaintiff responded that he had forgotten to comply with the court's previous order due to medical issues and becoming overwhelmed with school. (ECF No. 12.) Simultaneously, plaintiff filed a statement indicating that he had provided the U.S. Marshal with the information needed to effectuate service of process. (ECF No. 14.)

In light of plaintiff's representations, his belated compliance with the court's order, and his *in forma pauperis* status, the court finds that sanctions are not warranted at this time. However, plaintiff is cautioned that any future failure to follow an order of this court may result in appropriate sanctions, including dismissal of the action.

1

IT IS HEREBY ORDERED that the order to show cause (ECF No. 11) is DISCHARGED.

Dated: December 28, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE